IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLADSTONE TECHNOLOGY, PARTNERS, LLC | |
| v. | CIVIL ACTION NO. 15-3528 Fi l( |
| OWEN DAHL, | |
| OWEN DAHL | |
| v. | CIVIL ACTION NO. 15-4252 \( |
| GLADSTONE TECHNOLOGY PARTNERS, LLC, *et. al.* | (Case Consolidated with 15-3528) |

## ORDER

**AND NOW**, this 25th day of August 2016, upon consideration of Defendant's motion to dismiss, and which a response thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's motion is **GRANTED** in part and **DENIED** in part as follows:

1. The Motion is **GRANTED** as to Count IV, Wrongful Termination in Violation of Washington Public Policy; Count VII, Tortious Interference with Contract; Count VIII, Shareholder Oppression; and Count IX, Injunction for Inspection of Books and Records. Plaintiff is granted leave to replead on each of Counts IV, VII, VIII, and IX.

2. The Motion is **GRANTED** as to Count X, Declaratory Judgment, and this count is dismissed with prejudice;

3. The Motion is **DENIED** as to Counts I, Washington state's wage law, Revised Code of Washington (RCW) §§ 49.48 .010 and 49.52.050; II, violation of Pennsylvania's Wage Payment and Collection Law, 43 P.S. § 260.3; III, Breach of Contract; and V, Conversion.

It is further **ORDERED** that Plaintiff is granted leave to file a second Amended Complaint where the Court has granted leave to replead within 21 days of this Order. If Plaintiff does not file a second Amended Complaint, then Defendants shall answer the Amended Complaint within 28 days of this Order.

BY THE COURT:

CYNTHIA M. RUFE, J.